UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALEJANDRO FERNANDEZ FERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | No. 1:26-cv-01999-KES-CDB (HC)<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING PETITIONER'S PETITION<br><br>(Doc. 1)<br><br>**14-Day Deadline** |

Petitioner Gabriel Alejandro Fernandez Fernandez ("Petitioner"), a federal immigration detainee, initiated this action on March 12, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner is in custody of Immigration and Customs Enforcement ("ICE") at the California City Correctional Center. *Id.* ¶ 2. Petitioner filed a motion for temporary restraining order ("TRO") that same day. (Doc. 3). The Court directed Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in similar cases. (Doc. 5).

On March 16, 2026, Respondents filed a response. (Doc. 7). On March 19, 2026, the Court denied the motion for TRO. (Doc. 8). The assigned district judge referred the matter to the undersigned for further proceedings. *Id.*

The undersigned will direct Respondents to file any supplemental briefing on the merits of Petitioner's petition for writ of habeas corpus (Doc. 1) and Petitioner to file any optional traverse.

1

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Respondents SHALL FILE any supplemental briefing on the merits of the petition (Doc. 1) or a statement of intent to file no further briefing no later than **14 days** after entry of this order; and

2. Petitioner may file an optional traverse to Respondents' supplemental briefing on the merits of the petition no later than **14 days** after service of any supplemental briefing.

IT IS SO ORDERED.

Dated:    **March 20, 2026**                          _____
                                                       UNITED STATES MAGISTRATE JUDGE